FILED

OCT 21 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>3740 DIDCOT CIRCLE<br>SACRAMENTO, CA 95838 | CASE NO. 2:14-SW-0393 AC<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: __10/21/14__

HON. ALLISON CLAIRE
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application            1